IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor<br><br>                              Plaintiff[1],<br>         v.<br>SCA GENERAL CONTRACTING INC., a corporation; SUNDEEP PANDHOH, an individual; and GARY TETONE, an individual,<br><br>                              Defendants. | Case No. 25-cv-00365-MEMF-KES<br><br>**ORDER TO SHOW CAUSE WHY CIVIL CONTEMPT SANCTIONS SHOULD NOT BE ENTERED (ECF NO. 36)** |

This matter is before the Court on the Secretary of Labor, U.S. Department of Labor's ("Secretary") motion for an order to show cause why Defendants SCA General Contracting, Inc., Sundeep Pandhoh, and Gary Tetone (collectively, "Defendants") should not be held in civil contempt for violating the Court's March 4, 2025, Order Granting Stipulated Preliminary Injunction. Dkt. 30 ("Preliminary Injunction").

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Lori Chavez-DeRemer is substituted in for Vincent N. Micone, III, who ceased his service as Acting Secretary on March 11, 2025.

The Motion is GRANTED. The Court ORDERS Defendants to show cause as to why they should not be held in civil contempt for violating the Preliminary Injunction on the grounds laid out in the Secretary's Motion (ECF No. 36). The Court ORDERS the parties to meet and confer and file a joint statement, no later than June 10, 2025, outlining a briefing schedule to determine the issue of whether Defendants should be held in contempt.

**IT IS SO ORDERED.**

Dated: June 9, 2025

                              HON. MAAME EWUSI-MENSAH FRIMPONG
                                        United States District Judge